**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                                        Chapter 13

                                        Bankruptcy No. 15-17200-ELF

    FRANCISCO MENDEZ

    4220 PENN STREET

    PHILADELPHIA, PA 19124

        Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    FRANCISCO MENDEZ

    4220 PENN STREET

    PHILADELPHIA, PA 19124

Counsel for debtor(s), by electronic notice only.

    ZACHARY PERLICK, ESQ.
    1420 WALNUT ST
    SUITE 718
    PHILADELPHIA, PA 19102-

                                        /S/ William C. Miller

Date: 6/7/2020                          _____

                                        William C. Miller, Esquire
                                        Chapter 13 Standing Trustee