United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Francisco Mendez  
    Debtor

Case No. 15-17200-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Feb 17, 2021      Form ID: 138NEW      Total Noticed: 9

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Francisco Mendez, 4220 Penn Street, Philadelphia, PA 19124-4519 |
| 13609765 | | American Home Mortgage Servicing, PO Box 660029, Dallas, TX 75266-0029 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 18 2021 04:03:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 18 2021 04:02:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13694443 | + | Email/Text: megan.harper@phila.gov | Feb 18 2021 04:03:00 | CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT, BANKRUPTCY GROUP - MSB, 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 13609766 | + | Email/Text: documentfiling@lciinc.com | Feb 18 2021 04:00:00 | Comcast Cablevision, 11400 Northeast Ave., Philadelphia, PA 19116-3498 |
| 13634601 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 18 2021 04:01:00 | PNC Bank, N.A., ATTN: Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45432 |
| 13609767 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 18 2021 04:01:00 | PNC Mortgage, POI Box 1820, Dayton, OH 45401-1820 |
| 13642964 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 18 2021 04:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 17, 2021 | Form ID: 138NEW | Total Noticed: 9 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2021                             Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW F GORNALL | on behalf of Creditor PNC Bank  National Association agornall@kmllawgroup.com, bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor PNC Bank  National Association bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PNC Bank  National Association bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |
| ZACHARY PERLICK | on behalf of Debtor Francisco Mendez Perlick@verizon.net  pireland1@verizon.net |

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Francisco Mendez
        Debtor(s)                              Bankruptcy No: 15−17200−elf
                                                                           Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                      900 Market Street
                         Suite 400
                  Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                   For The Court
                                                                Timothy B. McGrath
                                                                  Clerk of Court

Dated: 2/17/21

                                                                                     60 − 59
                                                                               Form 138_new